IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. _____

THE TRIZETTO GROUP, INC., a Delaware corporation,

Plaintiff,

v.

DATAFUZION, INC., a Colorado corporation,

Defendant.

## COMPLAINT

The TriZetto Group, Inc., for its Complaint against defendant DataFuzion, Inc., states as follows:

### I.  PARTIES, JURISDICTION AND VENUE

1. The TriZetto Group, Inc. ("TriZetto") is a Delaware corporation with its principal place of business located at 567 San Nicolas Drive, Suite 360, Newport Beach, California 92660.

2. DataFuzion, Inc. ("DataFuzion") is a Colorado corporation with its principal place of business located at 2120 West Littleton Blvd., Suite 100, Littleton, Colorado  80120.

3.      This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332, as this action is between citizens of different States and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4.      This Court has personal jurisdiction over defendant DataFuzion, which is a Colorado corporation.

5.      Venue is proper in this Court under 28 U.S.C. § 1391(a), as defendant DataFuzion resides in this District.

## FIRST CLAIM FOR RELIEF

### Breach of Promissory Note

6.      TriZetto incorporates herein all of the previous allegations of this Complaint as if fully set forth herein.

7.      On or about January 3, 2005, defendant DataFuzion made and delivered a Promissory Note ("Note") to TriZetto.  A true and correct copy of the Promissory Note is attached hereto as **Exhibit A** and incorporated herein by this reference.

8.      TriZetto is the holder of the Note.

9.      By this Note, defendant DataFuzion promised to pay to TriZetto the sum of $541,216.18 together with interest on the unpaid principal balance at the rate equal to 10% per annum from January 3, 2005, until paid in full.

10.     Pursuant to the Note, defendant DataFuzion was required to make six equal monthly payments of $92,851.80 on the last day of each month, commencing January 31, 2005, until the Note was paid in full.

#1105824 v1

11. Pursuant to the Note, any accrued, unpaid interest, fees, penalties and expenses due under the Note were also due with the final required payment on June 30, 2005.

12. Defendant DataFuzion has failed to make any payments as required by the Note.

13. Defendant DataFuzion is in default on the Note.

14. The entire remaining unpaid principal balance of the Note of $541,216.18 is due and owing.

15. Pursuant to the Note, the interest charged on the principal owing on the Note increased to 14% per annum upon DataFuzion's first default on the Note.

16. DataFuzion first defaulted on the Note on or about February 10, 2005.

17. DataFuzion owes interest on the principal owing on the Note at the rate of 14% per annum from February 11, 2005, forward.

18. As of August 12, 2005, defendant DataFuzion owed TriZetto interest under the Note in the amount of $45,214.90.

19. Pursuant to the Note, TriZetto is entitled to recover from defendant DataFuzion any and all reasonable attorneys' fees and costs incurred in collecting on or enforcing the Note.

WHEREFORE, plaintiff TriZetto demands judgment in its favor and against defendant DataFuzion for:

(a) Unpaid principal owing under the Note in the amount of $541,216.18; plus

(b) Pre-judgment and post-judgment interest on all sums due under the Note at the applicable rates from January 3, 2005, until the judgment is satisfied in full;

(c) Pre-judgment attorneys' fees and costs incurred by TriZetto in the enforcement and collection of the Note; plus

(d) All post-judgment attorneys' fees and costs incurred by TriZetto in collecting the Note or executing on the judgment entered in this action.

Dated this 12th day of August, 2005.

    /s/ Sven C. Collins _____
Richard L. Gabriel
Sven C. Collins
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203-4541
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

ATTORNEYS FOR THE TRIZETTO GROUP, INC.

4

#1105824 v1