IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 05-cv-01547 RPM-PAC

THE TRIZETTO GROUP, INC., a Delaware corporation,

Plaintiff,

v.

DATAFUZION, INC., a Colorado corporation,

Defendant.

FILED
UNITED STATES D.........
DENVER, CO.........

FEB 1 3 2006

GREGC.........

---

## ORDER

---

UPON CONSIDERATION OF the Renewed Motion to File an Amended Complaint and

Add a Defendant (the "Motion") filed by Plaintiff The TriZetto Group, Inc., and being fully

advised in the premises,

IT IS HEREBY ORDERED that said Motion is hereby GRANTED, and that the First

Amended Complaint attached as Exhibit A to the Motion is hereby accepted for filing.

DATED this _13_ day of February, 2006.

BY THE COURT:

Richard P. Matsch, Senior District Judge

#1128426 v1