IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

---

Case No.: 05-cv-01547 RPM-PAC

THE TRIZETTO GROUP, INC., a Delaware corporation,

Plaintiff,

v.

DATAFUZION, INC., a Colorado corporation,

Defendant.

### ORDER

---

UPON CONSIDERATION OF the UNOPPOSED MOTION TO LIFT STAY ON DISCOVERY (the "Motion") filed by Plaintiff The TriZetto Group, Inc., and being fully advised in the premises,

IT IS HEREBY ORDERED that said Motion is hereby GRANTED, that the stay on discovery is lifted, and that DataFuzion, Inc. shall have through and including March 27, 2006, in which to respond to TriZetto's two sets of discovery requests.

DATED this 7th day of March, 2006.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge