IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01547-RPM

THE TRIZETTO GROUP, INC.,
a Delaware corporation,

              Plaintiff,

v.

DATAFUZION, INC.,
a Colorado corporation, and
DOUG DAVIS,

              Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be convened on **May 4, 2006, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges     frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. Proposed orders are to be double-spaced. In addition, the proposed Scheduling Order in Word or WordPerfect format shall be submitted by April 27, 2006, via e-mail to **Matsch_Chambers@cod.uscourts.gov**.

DATED: March 7th, 2006.

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge