IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01547-RPM

THE TRIZETTO GROUP, INC.,
a Delaware corporation,

        Plaintiff,

v.

DATAFUZION, INC.,
a Colorado corporation, and
DOUG DAVIS,

        Defendants,

and

DATAFUZION, INC.,

        Counterclaim Plaintiff,

v.

THE TRIZETTO GROUP, INC.,
a Delaware corporation;
MARK TOMAINO;
DOUG GOETZ;
CHARLES GAUGHAN;
JEFF PRICE;
DUFFY RICHARDSON; and
CARL DOUGLAS,

        Counterclaim Defendants.
_____

JUDGMENT AS TO CLAIMS AND COUNTERCLAIMS BETWEEN TRIZETTO AND DATAFUZION
_____

        Pursuant to the Stipulated Motion for Entry of Final Judgment as to Claims and Counterclaims Between TriZetto and DataFuzion (Doc. #47), filed on August 21, 2006, it is

ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff The TriZetto Group, Inc., and against defendant DataFuzion, Inc., in the amount of $400,000, plus interest at the rate of 14 percent annually (as provided in the promissory note made by DataFuzion to TriZetto), plus reasonable costs, expert fees and attorney fees incurred by plaintiff in executing on and/or otherwise enforcing the judgment to be paid by defendant DataFuzion, Inc.  It is

FURTHER ORDERED AND ADJUDGED that defendant DataFuzion, Inc.'s counterclaims against plaintiff The TriZetto Group, Inc., are denied with prejudice, and it is

FURTHER ORDERED AND ADJUGED that defendant DataFuzion, Inc.'s counterclaims and requests for relief against Mark Tomaino, Doug Goetz, Charles Gaughan, Jeff Price, Duffey Richardson, and Carl Douglas are dismissed with prejudice and it is

FURTHER ORDERED AND ADJUDGED that the parties are responsible for their respective costs and attorney fees incurred in this action to date.

DATED: August 22nd , 2006.

                              FOR THE COURT:

                              GREGORY C. LANGHAM, Clerk

                                    M.V. Wentz
                            By_____
                                        Deputy

Approved:

s/Richard P. Matsch
_____
Richard P. Matsch
Senior U. S. District Judge

2