IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01547-RPM

THE TRIZETTO GROUP, INC.,
a Delaware corporation,

        Plaintiff,

v.

DATAFUZION, INC.,
a Colorado corporation, and
DOUG DAVIS,

        Defendants,

and

DATAFUZION, INC.,

        Counterclaim Plaintiff,

v.

THE TRIZETTO GROUP, INC.,
a Delaware corporation;
MARK TOMAINO;
DOUG GOETZ;
CHARLES GAUGHAN;
JEFF PRICE;
DUFFY RICHARDSON; and
CARL DOUGLAS,

        Counterclaim Defendants.
_____

ORDER GRANTING MOTION FOR CONTINUATION OF STAY OF CLAIM AGAINST
DEFENDANT DAVIS
_____

        The Court having considered parties' Joint Motion for Continuation of Stay of

Claim Against Defendant Davis, filed December 22, 2006 [51], and being fully

advised, it is

      ORDERED that the motion [51] is granted and further prosecution of the claim against defendant Davis is stayed through and including April 16, 2007.  It is

      FURTHER ORDERED that the parties shall file a status report on or before April 16, 2007.

      DATED: December 26th, 2006.

                                BY THE COURT:

                                s/ Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge