IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01547-RPM

THE TRIZETTO GROUP, INC.,
a Delaware corporation,

    Plaintiff,

v.

DATAFUZION, INC.,
a Colorado corporation, and
DOUG DAVIS,

    Defendants,
_____

ORDER DISMISSING CASE
_____

  Pursuant to the Stipulated Dismissal of Action Without Prejudice, filed August 14, 2007 [57], it is

  ORDERED that all remaining claims are dismissed without prejudice, with each party to bear his or its own costs and fees.  It is

  FURTHER ORDERED that this civil action is dismissed.


  DATED: August 15th, 2007

            BY THE COURT:

            s/Richard P. Matsch

            _____
            Richard P. Matsch, Senior District Judge